24 So.3d 866 (2010)
STATE ex rel. Derrick ALLEN
v.
STATE of Louisiana.
No. 2009-KH-0609.
Supreme Court of Louisiana.
January 8, 2010.
Denied. State ex rel. Bernard v. Cr.D.G., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175; State ex rel. Degreat v. State, 98-0690 (La.7/2/98), 724 So.2d 205. As to relator's motion for production of documents seeking the district attorney's file, relator must first address his request to the records' custodian R.S. 44:31; State ex rel. Shelton v. State, 00-1901 (La.9/14/01), 796 So.2d 672; State ex rel. McKnight v. State, 98-2258 (La.App. 1 Cir. 12/3/98), 742 So.2d 894.